The People of the State of Illinois, defendant in error, v. Charles Spesia, plaintiff in error. Gen. No. 8,393.

Heard in this court at the October term, 1931. Opinion filed February 18, 1932.

R. D. Robinson and Irvin R. Wasson, for plaintiff in error. R. C. Rice, State's Attorney, and S. M. Meadows, for defendant in error.

Mr. Justice Baldwin delivered the opinion of the court.

Second National Bank of Freeport, Illinois, appellant, v. E. L. Griffith et al., appellees. Gen. No. 8,398.

Heard in this court at the October term, 1931. Opinion filed February 18, 1932.

C. W. Middlekauff, for appellant. Mitchell & Wilson, for appellees.

Mr. Justice Baldwin delivered the opinion of the court.

Hattie Rummell, appellee, v. The Day Carpet & Furniture Company, appellant. Gen. No. 8,410.

Heard in this court at the October term, 1931. Opinion filed February 18, 1932.

Clarence W. Heyl, for appellant; Heyl & Heyl, of counsel. John E. Cassidy, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.

Service Sand & Gravel Company, appellant, v. E. W. Larson et al., appellees. Gen. No. 8,423.

Heard in this court at the October term, 1931. Opinion filed February 18, 1932.

Welsh & Welsh, for appellant. William L. Pierce and Harry B. North, for appellees.

Mr. Justice Baldwin delivered the opinion of the court.